# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Barred Business Foundation<br>John Cole Vodicka<br>Steven Robert Williams<br><br>*Plaintiff(s)*<br><br>v.<br><br>Governor Brian Kemp, in his official capacity<br>Attorney Gen. Chris Carr, in his official capacity<br>Solicitor General Will Fleenor, Athens-Clarke Co., in his official capacity<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-2744 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Governor Brian Kemp
206 Washington Street
Suite 201, State Capitol
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cory Isaacson, cisaacson@acluga.org
Andrés López-Delgado
ACLU of Georgia, PO Box 570738, Atlanta, GA 30357

Joseph Mead, jm3468@georgetown.edu
ICAP at Georgetown Law, 600 New Jersey Ave. NW, Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 06/24/2024

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*