# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BARRED BUSINESS, JOHN COLE VODICKA, and STEVEN WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of Georgia; CHRISTOPHER M. CARR, Attorney General of Georgia; KEITH E. GAMMAGE, Solicitor General for Fulton County; and WILL FLEENOR, Solicitor General for Athens-Clarke County, <br><br> Defendants. | Civil Action No. 1:24-cv-2744-VMC |

## ORDER AND NOTICE OF HEARING

This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order and Expedited Preliminary Injunction ("Motion"). It is **ORDERED** and **NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on the Motion on **June 28, 2024 at 3:30pm** in Courtroom 2105, Richard B. Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309.

Plaintiffs are **DIRECTED** to serve the Complaint, Motion (with all supporting materials), and this Order and Notice on Defendants via the most expeditious means reasonably practicable (including email, UPS/Fedex, and/or

fax, to the extent available), and file a certificate of service by **NO LATER THAN June 25, 2024**.

Defendants are **NOTIFIED** that any response to the Motion must be filed no later than **June 27, 2024 at 12:00pm**.

**SO ORDERED** this 24th day of June, 2024.

_____
Victoria Marie Calvert
United States District Judge