IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Barred Business, John Cole Vodicka, and Steven Williams,<br><br>*Plaintiffs*,<br><br>v.<br><br>Brian Kemp, Governor of Georgia; Christopher M. Carr, Attorney General of Georgia; Keith E. Gammage, Solicitor General for Fulton County; and Will Fleenor, Solicitor General for Athens-Clarke County,<br><br>*Defendants*. | Case No.: 1:24-cv-02744-VMC |

## ORDER PERMITTING ELECTRONIC DEVICES & TECHNOLOGY IN COURT

For good cause shown, the Court **GRANTS** Plaintiffs' Motion for Permission to Bring Technology into Courtroom. The Court hereby **PERMITS** the below individuals to bring smartphones with video capability, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, and associated cables in to the United States Courthouse on Friday, June 28, 2024 for use at the hearing before the Court in Courtroom 2105 of the Richard B. Russell Federal Building:

1

Joseph Mead
Cory Isaacson
Andrés López-Delgado

IT IS SO ORDERED, this __28th__ day of June, 2024.

                                                  Honorable Victoria M. Calvert
                                                  United States District Judge