## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Barred Business, John Cole Vodicka, and Steven Williams, | |
| *Plaintiffs*, | CIVIL ACTION NO. |
| v. | 1:24-cv-02744-VMC |
| Brian Kemp, Governor of Georgia, et al., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF ELIZABETH M. CROWDER

Pursuant to Northern District of Georgia Local Rule 83.1(D), Elizabeth M. Crowder, Senior Assistant Attorney General for the State of Georgia, hereby enters her appearance as counsel on behalf of Defendants Governor Brian Kemp and Attorney General Christopher M. Carr.

Respectfully submitted,

CHRISTOPHER M. CARR      112505
Attorney General

BETH BURTON                       027500
Deputy Attorney General

TINA M. PIPER                       142469
Senior Assistant Attorney General

*/s/ Elizabeth M. Crowder*
ELIZABETH M. CROWDER   100809
Senior Assistant Attorney General

- 1 -

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Elizabeth M. Crowder
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-4323
Fax: (404) 651-5304
Email: ecrowder@law.ga.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 28th day of June, 2024.

/s/ Elizabeth M. Crowder
Senior Assistant Attorney General