# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BARRED BUSINESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of Georgia, et al., <br><br> Defendants. | Civil Action No. <br> 1:24-cv-02744-VMC |

## TEMPORARY RESTRAINING ORDER

The Court held a hearing on Plaintiffs' Motion for Temporary Restraining Order ("Motion," Doc. 2) on June 28, 2024. For the reasons given on the record at the hearing, the Court **GRANTS** the Motion. Defendants are **TEMPORARILY ENJOINED** from enforcing Section 4 of Georgia Senate Bill 63 (2024 Georgia Laws Act 507) for fourteen days from the date of entry of this Order.

At the hearing, the Court noted certain areas of Plaintiffs' alternative arguments required further evidentiary development and asked the parties whether they would prefer this matter be set down for a hearing prior to the entry of a preliminary injunction, whether the Court should receive additional briefing and documentary evidence, or whether the Court should enter a preliminary injunction solely on the bases identified at the hearing.

The parties requested that they be able to confer on the matter, and are directed to contact the Court's chambers by July 3, 2024 with their positions.

**SO ORDERED** this 28th day of June, 2024.

Victoria Marie Calvert
United States District Judge