# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Barred Business, John Cole Vodicka, and Steven Williams, *Plaintiffs*, v. Brian Kemp, Governor of Georgia, et al., *Defendants*. | CIVIL ACTION NO. 1:24-cv-02744-VMC |

## NOTICE OF APPEAL

Defendants Governor Brian Kemp and Attorney General Christopher M. Carr hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's order entered on July 12, 2024, granting Plaintiffs' motion for preliminary injunction.

Respectfully submitted,

CHRISTOPHER M. CARR       112505
Attorney General

BETH BURTON       027500
Deputy Attorney General

TINA M. PIPER       142469
Senior Assistant Attorney General

*/s/ Elizabeth M. Crowder*
ELIZABETH M. CROWDER    100809
Senior Assistant Attorney General

- 1 -

- 2 -

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Elizabeth M. Crowder
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-4323
Fax: (404) 651-5304
Email: ecrowder@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 16th day of July, 2024.

/s/ <u>Elizabeth M. Crowder  100809</u><br>
ELIZABETH M. CROWDER<br>
Senior Assistant Attorney General